**Opinion issued August 3, 2017**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00846-CV

_____

**BARBARA DAVIS LEVINE AND STEVEN LEVINE, Appellants**

**V.**

**MARY ALICE CASTELLANO, Appellee**

---

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Case No. 2015-02509

---

### MEMORANDUM OPINION

Barbara Davis Levine and Steven Levine appeal from a judgment signed September 23, 2016. The Levines have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing

indigence); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041 (listing fees in court of appeals); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (listing fees in court of appeals). After being notified that this appeal was subject to dismissal, the Levines did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Massengale.